# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

PATRICIA G. DEWEES AND RONALD
G. DEWEES,

          Respondents

          v.

BANK OF AMERICA, N.A. AS
SUCCESSOR BY MERGER TO
LASALLE BANK NATIONAL
ASSOCIATION AS TRUSTEE FOR
RAMP 2007RZ1,

          Petitioner

: No. 53 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.